**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES HANNAH
ADC #118987                                                                                          PETITIONER

V.                                         5:05CV00237 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this 13th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE